# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **RICK GUARDINO,** | |
| Plaintiff. | **Case No. 1:23-cv-3451** |
| v. | **Judge Thomas M. Durkin** |
| **7-Eleven, Inc.,** | **Magistrate Judge Beth W. Jantz** |
| Defendant. | |

## STIPULATION OF DISMISSAL

The parties hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Plaintiff:

By: /s/ Ryan D. Johnson
Bar No.: 6304561
Johnson Law Firm, LLC
6615 Grand Ave., PMB 423
Gurnee, IL 60031
(224) 548-0855
rjohnsonada@gmail.com


Defendant:

/s/ MICHAEL S. ORR
SENIOR COUNSEL
CALL & JENSEN, APC
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
(949) 717-3000
msorr@calljensen.com